Eric H. Gibbs (SBN 178658)
Dylan Hughes (SBN 209113)
Steve Lopez (SBN 300540)
**GIBBS LAW GROUP LLP**
One Kaiser Plaza, Suite 1125
Oakland, California 94612
Telephone:  (510) 350-9700
Facsimile:   (510) 350-9701
ehg@classlawgroup.com
dsh@classlawgroup.com
sal@classlawgroup.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER KORNFEIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA MOTOR COMPANY, INC.,<br><br>Defendant. | Case No. 2:15-cv-1295-ODW-SS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Roger Kornfein hereby voluntarily dismisses the above-entitled matter, without prejudice, against Defendant American Honda Motor Company, Inc.  Defendant has not served an answer or motion for summary judgment in this proceeding and Plaintiff has not filed a motion for class certification.  Therefore, dismissal without prejudice is appropriate without a court order.  Fed. R. Civ. P. 41(a)(1)(A)(i) and (a)(1)(B); Fed. R. Civ. P. 23(e) (requiring court approval of voluntary dismissals only for certified classes).

DATED: April 22, 2015                              Respectfully submitted,

**GIBBS LAW GROUP LLP**

By:   /s/ Eric H. Gibbs
        Eric H. Gibbs

Dylan Hughes
Steve Lopez
One Kaiser Plaza, Suite 1125
Oakland, California 94612
Telephone:  (510) 350-9700
Facsimile:   (510) 350-9701
ehg@classlawgroup.com
dsh@classlawgroup.com
sal@classlawgroup.com

*Attorneys for Plaintiff*